**IN THE SUPREME COURT OF PENNSYLVANIA**
**MIDDLE DISTRICT**

| | | |
|---|---|---|
| DOUGLASS EARL HOWARD, JR., | : | No. 137 MAL 2022 |
| | : | |
| Petitioner | : | |
| | : | Petition for Allowance of Appeal |
| | : | from the Order of the Superior Court |
| v. | : | |
| | : | |
| | : | |
| FIRST NATIONAL BANK, | : | |
| | : | |
| Respondent | : | |

## ORDER

**PER CURIAM**

AND NOW, this 26th day of July, 2022, the Petition for Allowance of Appeal is **DENIED**.